IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| KENSINGTON PHYSICAL THERAPY, INC., | )<br>)<br>) Case No. 11 C 2467 |
| Plaintiff, | )<br>) |
| v. | )<br>) Honorable Alexander Williams, Jr. |
| JACKSON THERAPY PARTNERS, LLC, | )<br>)<br>) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING

NOW COMES the Defendant Jackson Therapy Partners, LLC ("JTP"), by its attorneys, and pursuant to FED. R. CIV. P. 12(b)(1), hereby moves to dismiss this action for lack of standing as Defendant made a complete settlement offer to Plaintiff prior to the filing of a motion for class certification, which mooted Plaintiff's claims and destroyed its standing to bring this action. In support of this Motion, Defendant submits the attached memorandum of law.

Respectfully submitted,

/s/ Paul N. Farquharson
Paul N. Farquharson, #06514
Lydia S. Hu, #17927
SEMMES, BOWEN & SEMMES
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
(410) 539-5040

Bart T. Murphy, #6181178 (Admitted *Pro Hac Vice*)
Isaac J. Colunga, #6289253 (Of Counsel)
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532

Counsel for Defendant,
Jacson Theraply Partners, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November, 2011, Defendant Jackson Therapy Partners, LLC's Motion to Dismiss for Lack of Standing, Memorandum in Support, proposed Order, and Request for Hearing, were served electronically on:

Stephen Howard Ring, Esq.
506 Main St., Suite 215
Gaithersburg, Maryland 20878
(301) 563-9639

Attorneys for Plaintiff

/s/ Paul N. Farquharson

B1165559.DOC