IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENSINGTON PHYSICAL THERAPY, INC. | ) ) | |
| | ) | Case No.11 C 2467 |
| Plaintiff, | ) ) | |
| v. | ) | |
| | ) | Honorable Alexander Williams, Jr. |
| JACKSON THERAPY PARTNERS, LLC, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S RENEWED MOTION TO DISMISS IN LIGHT OF THE SUPREME COURT'S DECISION IN *GENESIS HEALTHCARE* OR IN THE ALTERNATIVE TO CERTIFY ISSUES FOR REVIEW BY THE FOURTH CIRCUIT**

NOW COMES the Defendant Jackson Therapy Partners, LLC ("JTP"), by its attorneys, and pursuant to FED. R. CIV. P. 12(b)(1), and in light of the U.S. Supreme Court's recent decision in *Genesis Healthcare v. Symczyk*, moves to dismiss this action for lack of standing as JTP made a complete settlement offer to Plaintiff prior to the filing of a motion for class certification, which mooted Plaintiff's claims and destroyed its standing to bring this action. As set forth in the memorandum of law submitted by JTP in support of this motion, the Supreme Court's recent decision in *Genesis Healthcare*, establishes that the settlement offer made by JTP moots Plaintiff's claim and requires the dismissal of this action.

Should the Court deny JTP's Renewed Motion to Dismiss, in the alternative JTP requests pursuant to 28 U.S.C. §1292(b) that the Court to certify the questions set forth in its memorandum of law in support of this motion and to stay this action pending the decision of the Fourth Circuit.  In support of this Motion JTP submits the attached memorandum of law.

Respectfully submitted,


/s/ Paul N. Farquharson
Paul N. Farquharson, #06514
Eric M. Leppo
SEMMES, BOWEN & SEMMES
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
(410) 539-5040


Bart T. Murphy, #6181178(Admitted *Pro Hac Vice*)
Isaac J. Colunga, #6289253 (Of Counsel)
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois  60532
(630) 955-6392


*Attorneys for Defendant,*
*Jackson Therapy Partners, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, a copy of the foregoing document was filed electronically.  Notice of this filing and a copy of the document will be sent via e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/Paul N. Farquharson
Paul N. Farquharson


B1365790.DOC

2