IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| KENSINGTON PHYSICAL THERAPY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11 C 2467 |
| | ) | |
| JACKSON THERAPY PARTNERS, LLC, | ) | Judge Alexander Williams, Jr. |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S CITATION OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S RENEWED MOTION TO DISMISS FOR LACK OF STANDING OR IN THE ALTERNATIVE TO CERTIFY ISSUES FOR <u>REVIEW BY THE FOURTH CIRCUIT</u>**

On July 16, 2013, Plaintiff filed a citation of supplemental authority (Dkt. #56) in opposition to Jackson Therapy Partners ("JTP") Renewed Motion to Dismiss or in the Alternative for Certification of Issue for Review (Dkt. #50), citing to the Court a decision from a district court in the Ninth Circuit, *Craftwood II v. Tomy International, Inc.,* No. SA CV 12-1710 DOC (ANx), 2013 U.S. Dist. Lexis 99350 (C.D. Ca. July 15, 2013) as support for its opposition to JTP's Renewed Motion to Dismiss. JTP submits this brief response to Plaintiff's supplemental citation.

The *Craftwood* decision fails to support Plaintiff's position as in that case as Judge Carter explicitly noted the court held it was bound to follow the Ninth Circuit's decision in *Pitts v. Terrible Herbst,* 653 F.3d 1081 (9th Cir. 2011). *Craftwood II*, 2013 U.S. Dist. Lexis 99350 at \*14. As JTP pointed out in distinguishing two other district court cases from the Ninth Circuit cited by Plaintiff (See Dkt. #56 at pp. 6-8), this Court is not bound by and should not follow the Ninth Circuit's decision in *Pitts.* In fact here, controlling Fourth Circuit authority (*Zimmerman* and its progeny) recognize that contrary to *Pitts,* a complete settlement offer to a putative named

1

Plaintiff moots the claim and requires dismissal. *Zimmerman v. Bell*, 800 F.2d 386, 390 (4th Cir. 1986); *Warren v. Sessoms & Rogers*, 676 F.3d 365, 370-1 (4th Cir. 2012); and *Contract Materials Processing, Inc. v. Kataleuna GmbH Catalysts*, 462 Fed. App. 266, 280 (4th Cir. 2012). Contrary to Plaintiff's assertion the *Craftwood* decision should not be followed by this Court.

Respectfully submitted,

JACKSON THERAPY PARTNERS, LLC

By:     /s/ Bart T. Murphy
       One of Its Attorneys

Bart T. Murphy, #6181178 (Admitted *Pro Hac Vice*)
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois  60532
(630) 955-6392

Paul N. Farquharson, #06514
SEMMES, BOWEN & SEMMES
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
(410) 539-5040

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, a copy of the foregoing document was filed electronically. Notice of this filing and a copy of the document will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

s/Bart T. Murphy
Bart T. Murphy