**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| |
|---|
| KENSINGTON PHYSICAL THERAPY, INC. |
| Plaintiff |
| vs. |
| JACKSON THERAPY PARTNERS, LLC |
| Defendant |

Case No. 8:11-cv-02467

## CONSENT MOTION TO MODIFY THE INITIAL SCHEDULING ORDER

The undersigned counsel of record for plaintiff Kensington Physical Therapy, Inc. ("Plaintiff") and defendant Jackson Therapy Partners, LLC ("Jackson" or "Defendant") respectfully request that this Honorable Court modify its October 3, 2013 Scheduling Order and issue a new Scheduling Order as set forth below:

1.  This is a putative class action, which requires a schedule that accommodates the need for briefing and a hearing on dispositive motions and on class certification prior to pretrial procedures and a trial setting. In addition, due to the complexity of the claims and issues, the anticipated need for discovery and investigation, and the likelihood that there will be multiple experts on class certification issues, as well as the merits, the parties agree that a brief amount of additional time is required to complete discovery, provide expert disclosures and to file dispositive motions prior to briefing on class certification.

2.  Counsel for all parties have agreed upon the proposed deadlines as follows:

| | |
|---|---|
| November 18, 2013[1]: | Deadline for joinder of additional parties and amendment of pleadings |
| April 1, 2014: | Discovery deadline; submission of status report |
| April 30, 2014: | Motion for Class Certification due |
| May 30, 2014: | Opposition to Motion to Class Certification |
| June 14, 2014: | Reply brief on Motion for Class Certification |
| July __, 2014 at _____ __.m.: | Hearing on Motion for Class Certification |
| October 7, 2014: | Plaintiffs' Rule 26(a)(2) disclosures |
| November 7, 2014: | Defendants' Rule 26(a)(2) disclosures |
| December 7, 2014: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| January 7, 2015: | Rule 26(e)(2) supplementation of disclosures and responses |

3.     The parties request the Court to set a status conference following the ruling on class certification at which further deadlines can be discussed.

4.     WHEREFORE, for the above-stated reasons, counsel for all parties respectfully request that the Current Scheduling Order issued by this Court be modified as set forth above.

    Respectfully submitted,

    PLAINTIFF,
    By its attorney,

    /s/
    _____

    Stephen H. Ring
    STEPHEN H. RING, P.C.
    506 Main Street, Suite 215
    Gaithersburg, MD 20878
    Phone: (301) 563-9249
    Fax: (301) 563-9639
    shr@ringlaw.us

---

[1] This date is the same as in the Court's October 3, 2013 Scheduling Order.

                                        Matthew P. McCue, *Pro Hac Vice*
                                        The Law Office of Matthew P. McCue
                                        1 South Ave., Third Floor
                                        Natick, MA 01760
                                        (p) (508) 655 1415
                                        (f) (508) 319 3077
                                        mmccue@massattorneys.net

                                        Edward A. Broderick
                                        Anthony Paronich, *pro hac vice*
                                        Broderick Law, P.C.
                                        125 Summer St., Suite 1030
                                        Boston, MA 02110
                                        [p] (508) 221-1510
                                        [f] (617) 830-0327
                                        ted@broderick-law.com
                                        anthony@broderick-law.com

Dated: October 17, 2013

                                        DEFENDANT,
                                        By its attorney,


                                        _____/s/_____
                                        Bart T Murphy, *Pro Hac Vice*
                                        Ice Miller LLP
                                        2300 Cabot Dr. Ste. 455
                                        Lisle, IL 60532
                                        Email: bart.murphy@icemiller.com
                                        (Signature applied by authority granted to
                                        By Mr. Murphy on October 17, 2013)


                                        Paul Newman Farquharson
                                        Semmes Bowen and Semmes PC
                                        25 S Charles St. Ste. 1400
                                        Baltimore, MD 21201
                                        pfarquharson@semmes.com