IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

KENSINGTON PHYSICAL THERAPY,    )
INC.    )
    )    Case No.11 C 2467
    )
    Plaintiff,    )
    v.    )
    )
JACKSON THERAPY PARTNERS, LLC,    )
    )
    )
    Defendant.    )

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF STANDING

NOW COMES the Defendant Jackson Therapy Partners, LLC ("JTP"), by its attorneys, and pursuant to FED. R. CIV. P. 12(b)(1), hereby moves to dismiss this lawsuit for lack of standing as Kensington Physical Therapy, Inc. ("Plaintiff") is a defunct corporation and, therefore, is not legally capable of maintaining this lawsuit against JTP. In support of this Motion, Defendant submits the attached memorandum of law.

Respectfully submitted,

JACKSON THERAPY PARTNERS, LLC

By: ___ /s/ Bart T. Murphy _____
One of Its Attorneys

Bart T. Murphy, #6181178 (Admitted *Pro Hac Vice*)
Thomas J. Hayes, #6280179 (Admitted *Pro Hac Vice*)
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 955-6392

Paul N. Farquharson, #06514
SEMMES, BOWEN & SEMMES
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
(410) 539-5040

C/121520.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2014, a copy of the foregoing Defendant's Motion to Dismiss for Lack of Standing and Memorandum in Support was filed electronically with the Court and served, via e-filing and/or first-class mail, postage prepaid, on:

Edward A. Broderick, Esquire
Anthony I. Paronich, Esquire
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110

Stephen H. Ring, Esquire
Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, MD 20878

Matthew P. McCue, *Pro Hac Vice*
The Law Office of Matthew P. McCue
1 South Avenue, Third Floor
Natick, MA 01760

*/s Eric M. Leppo*
Eric M. Leppo