# EXHIBIT   A        KCC AFFIDAVITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KENSINGTON PHYSICAL THERAPY, INC. ) | Case No. 8:11-cv-02467 |
| ) | |
| Plaintiff ) | |
| ) | **DECLARATION OF MICHAEL BUI** |
| vs. ) | **RE: NOTICE PROCEDURES** |
| ) | |
| JACKSON THERAPY PARTNERS, LLC ) | |
| ) | |
| ) | Dept.: |
| Defendants ) | Judge: PAUL W. GRIMM |

I, **MICHAEL BUI**, declare:

    1.    I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 2335 Alaska Ave., El Segundo, California.  I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    2.    The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Procedures for the Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC settlement following the Preliminary Approval.

    3.    KCC was retained to, among other tasks, fax and mail the Notice of Proposed Class

1

Action Settlement (the "Notice").  The Notice is attached hereto as Exhibit A.

4.     On June 30, 2014, KCC received from the Defendant a computerized list of 33,139 records with names, addresses and facsimile numbers of all persons or entities within the United States to whom Jackson Therapy Partners sent or caused to be sent unsolicited facsimile advertisements promoting its goods or services from September 6, 2007 to the present date.

5.     On or around October 23, 2014, I caused the addresses in the Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service.  New addresses were found for 581 class members.  The Class Member List was updated with these new addresses.

6.     From the computerized list of Class Members received from the Defendant, KCC identified and consolidated five hundred thirty-one (531) Class Member names and addresses that were duplicative of another Class Member name and address.  This resulted in 32,608 total records remaining on the Class Member List.  Of the 32,608 records, 39 did not have a facsimile number.

7.     On or before November 11, 2014, I caused a toll-free telephone number to be established, and the staff members of the KCC Call Center to be trained in the details of this settlement, so that they could provide information about the settlement.

8.     On November 12, 2014, I caused 32,569 Notices to be faxed to Class Members with facsimile numbers.

9.     On November 12, 2014, for the 39 records that did not have a facsimile number, I caused Notices to be printed and mailed by First Class postage.

10.     A total 12,680 faxes were undeliverable.  On November 19, 2014, I caused Notices to be printed and mailed to the Class Members to whom faxes were undeliverable by First Class postage.

11.     As of this date, 37 Notices were returned to KCC by the U.S. Postal Service with forwarding addresses.  I caused the Class Member List to be updated with the new addresses and Notice Packets to be re-mailed to the class members at each of these new addresses.

**SUPPLEMENTAL DECLARATION OF MICHAEL BUI RE: NOTICE PROCEDURES**

12.     As of this date, KCC has received a total of 6875 Notices returned without forwarding address information.  KCC conducted address searches using credit and other public source databases to attempt to locate new addresses for the Class Members.  As of this date, these searches have resulted in 3259 updated addresses. KCC promptly re-mailed Notices to the updated addresses.

13.     As of the date of this declaration, KCC had twenty-four (24) Requests for Exclusion.  Attached hereto as Exhibit B is a list of the Requests for Exclusion.

14.     As of the date of this declaration, KCC has received no Objections to the Settlement.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this ___ day of February 2015 at El Segundo, California.


                                        _____
                                        Michael Bui

3

**SUPPLEMENTAL DECLARATION OF MICHAEL BUI RE: NOTICE PROCEDURES**

# Exhibit A

JTP Class Action Settlement Administrator
P.O. Box 43034
Providence, RI  02940-3034

# JTK

## «ScanString»

Claim#: JTK-«AccountID»-«NoticeID»
«FirstName» «LastName»
«Attention»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENSINGTON PHYSICAL THERAPY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:11-cv-02467 |
| | ) | |
| JACKSON THERAPY PARTNERS, LLC, | ) | Hon. Paul W. Grimm |
| | ) | |
| Defendant. | ) | |

## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**TO: «FirstName» «LastName»:**

**THIS NOTICE CONCERNS A PROPOSED SETTLEMENT OF A CLASS ACTION LAWSUIT**

**YOU *MAY* BE A MEMBER OF THE SETTLEMENT CLASS AND *MAY* BE
ENTITLED TO RECEIVE A PAYMENT FROM A SETTLEMENT FUND.**

**THIS NOTICE DOES NOT CONCERN A LAWSUIT AGAINST YOU.** The purpose of this notice (the "Notice") is to advise you that a proposed settlement of a class action lawsuit against Jackson Therapy Partners, LLC ("JTP") for alleged violation of the federal Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA") by sending you advertisements by facsimile ("fax").  The case is pending in the United States District Court for the District of Maryland. This Notice is being sent to you because JTP's records show that you *may* have received a fax advertisement(s) from JTP and therefore you may be a class member.  If you are a class member under the proposed settlement you are entitled to a cash payment.

Your fax number was contained in a list of fax numbers to which JTP may have sent one or more fax advertisements.  For purposes of this settlement, it is assumed that a fax advertisement from JTP was sent to your fax number and that the fax was sent without full compliance with the TCPA ("Fax Advertisement").

This Notice describes the case in general and does not address all of the issues in detail. You may review the case file at the Clerk of the Court for the United States District Court for the District of Maryland. You may inspect the file and copy it at your expense, or you may contact the Settlement Administrator at the toll-free telephone number below.

## WHY DID I GET THIS NOTICE?

This is a Notice of a proposed settlement in a class action lawsuit captioned *Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC, Case No. 8-11-cv-02467* ("the Lawsuit"). The settlement would resolve a lawsuit brought on behalf of persons and entities who were sent Fax Advertisements by JTP. If you are receiving this Notice, your fax number was identified as a fax number to which Fax Advertisements *may* have been sent by JTP at some point after September 1, 2007, based on evidence obtained in the Lawsuit.

## WHAT IS THIS LAWSUIT ABOUT?

The Lawsuit alleges that JTP violated the TCPA by sending unsolicited and non-compliant Fax Advertisements offering its goods or services to the Settlement Class. The case seeks damages for the Settlement Class members. The TCPA provides that a person who is sent a Fax Advertisement in violation of the TCPA may bring an action against the sender to recover either actual damages or statutory damages of up to $500 per fax. The TCPA further provides that the Court may in its discretion increase the award of statutory damages up to $1500 per fax if the Court finds the defendant knowingly or willfully violated the TCPA.

JTP denies that it violated any laws or that it did anything wrong. JTP has agreed to the settlement solely to avoid the burden, expense, risk and uncertainty of continuing the Lawsuit. The Court has preliminarily certified this matter as a class action for settlement. JTP's records reflect that you *may* have received Fax Advertisements from JTP and therefore you are presumed to be a Settlement Class member. The class consists of:

> All persons or entities within the United States to whom Jackson Therapy Partners sent, or caused to be sent, facsimile advertisements promoting its goods or services, during the period Sept. 1, 2007 to October 29, 2014. (the "Settlement Class").

> The following are excluded from the Settlement Class: all directors, officers, agents and employees of Defendant; any person or entity who timely opts out of this proceeding; any person or entity who has given a valid release of the claims asserted in the suit, and court personnel, Plaintiff's counsel and their employees.

## WHY IS THIS A CLASS ACTION?

In a class action, one or more persons or entities, called "class representatives" (in this case, Kensington Physical Therapy, Inc.), sue on behalf of persons or entities that have similar claims. All of these persons or entities together are a "class" or "class members." The settlement, if approved by the Court, resolves the issues for all Settlement Class members, except for those who exclude themselves from the Settlement Class.

## WHY IS THERE A SETTLEMENT?

The Court did not decide in favor of Plaintiff Kensington Physical Therapy, Inc., the Settlement Class or JTP. Instead, both sides have agreed to a settlement. This avoids the cost, risk, and delay of trial. Under the settlement, Settlement Class members will have the opportunity to obtain a payment in exchange for giving up certain legal rights. The class representative and the attorneys think the settlement is best for all Settlement Class members.

## WHAT DOES THE SETTLEMENT PROVIDE?

The total amount of the Settlement Fund to be paid by JTP and its insurers is $4,500,000. The lawyers who brought this Lawsuit (listed below) will ask the Court to award them one-third of the Settlement Fund ($1,500,000) and actual costs, for the substantial time and effort they put into this case. The Plaintiff will

also apply to the Court for payment of $15,000 in recognition of its service to the Settlement Class as class representative. Any amount awarded will be paid from the Settlement Fund. The Settlement Fund will also cover costs associated with notice and administration of the settlement. These costs include the cost of transmitting or mailing this Notice, as well as, the costs of administering the Settlement Fund. Attorneys' fees, service payments, and the expenses of notice and administration will be deducted from the Settlement Fund before the balance is divided and distributed to members of the Settlement Class.

## HOW MUCH WILL I BE PAID?

If the Court approves the settlement, unless you opt out of the settlement you will be entitled to an equal payment from the Settlement Fund. The maximum amount you will receive is $500 regardless of the number of faxes you received.

## WHEN WILL I BE PAID?

If the Court approves the settlement, you will be paid as soon as possible after the court order becomes final. If there is an appeal of the settlement, payment may be delayed.  Assuming the Court approves the settlement, it is likely that you will not receive payment until 60 days after the Final Approval Hearing.

## WHO REPRESENTS THE SETTLEMENT CLASS?

The attorneys who have been appointed by the Court to represent the Settlement Class are:

| | | |
|---|---|---|
| Edward A. Broderick | Matthew P. McCue | Stephen H. Ring |
| Anthony I. Paronich | The Law Office of | Law Offices of |
| Broderick Law, P.C. | Matthew P. McCue | Stephen H. Ring, P.C. |
| 125 Summer St. | 1 South Avenue | 9901 Belward Campus Drive |
| Suite 1030 | Third Floor | Suite 175 |
| Boston, MA 02110 | Natick, MA 01760 | Rockville, MD 20850 |

You are free to retain your own attorney to represent you at your own expense should you desire to do so.

## YOUR OPTIONS

Your choices are to:

(1)   **Do Nothing and Accept the Settlement.** If you do not opt out of settlement because you did not receive a fax or for some other reason, and the settlement is approved, a check will be mailed to you for your share of the Settlement Fund.  **YOU MUST CASH THE CHECK WITHIN 120 DAYS OF THE DATE IT WAS ISSUED.** If you do not cash the check within 120 days of the date it was issued as indicated on the check, you agree that you waive your claim for payment and the check shall be rescinded and void and if economically reasonable, an amount equal to the amount of uncashed checks shall be distributed pro-rata to class members who did cash their checks); OR

(2)   **Exclude Yourself**. *If you did not receive an advertising fax from JTP you should opt out of the settlement or exclude yourself.*  You may also "opt out" or exclude yourself from the settlement for any other reason you deem appropriate. If you opt out, you will not receive any cash payment, and you will not release any claims you may have against JTP. If you opt out, you will be free to pursue whatever legal rights you may have by pursuing your own lawsuit against JTP at your own risk and expense. To opt out or exclude yourself from the settlement, you must mail a signed letter to the Settlement Administrator at the address at the end of this Notice.  Your request must be postmarked on or before December 11, 2014 or it will not be valid.  Your request must state your name, address and telephone number, the name and case number of the case (see top of this Notice), and that you wish to exclude yourself from the settlement; OR

(3)   **Object to the Settlement**. If you object to the settlement, file your objection in writing with the Clerk of the United States District Court, 6500 Cherrywood Lane, Greenbelt, MD 20770 in person on or before December 11, 2014 or via U.S. Mail (if mailed your objection must be postmarked on

or before December 11, 2014). You must also send a copy of your objection to the Settlement Administrator at the address below, also postmarked by December 11, 2014. Any objection to the proposed settlement must be a complete written statement of all grounds for the objection, together with factual and legal support for the stated objection. A member of the Settlement Class may appear at the Final Approval Hearing in person or through counsel to show cause why the proposed settlement should not be approved as fair, reasonable, and adequate. Attendance at the hearing is not necessary; however, persons wishing to be heard orally in opposition to approval of the settlement and/or the request for attorneys' fees and/or the request for the service award to Plaintiff are required to indicate in their written objection their intention to appear at the hearing, and must offer a complete statement of grounds for the objection, together with all factual and legal authority for the stated objection, and state the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the Final Approval Hearing. Objections must also state the name, address, telephone number and signature of the objector.

## WHAT RIGHTS AM I GIVING UP IN THIS SETTLEMENT?

If the Court gives final approval to the settlement, members of the Settlement Class will be deemed to have released any claim they may have against JTP and others related to past fax transmissions sent on behalf of JTP to members of the Settlement Class that violate state or federal law. Giving up your legal claims is called a release.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a Final Approval Hearing (the "Hearing") at **1:00 p.m.** on **February 12, 2015**. The Hearing will be held at the United States District Court for the District of Maryland located at 6500 Cherrywood Lane, Greenbelt, MD 20770 before Judge Paul W. Grimm or whoever may be sitting in his place. At the Hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate. The Court will hear objections to the settlement, if any. At the Hearing, the Court will also decide how much to pay Class Counsel. After the Hearing, the Court will decide whether to approve the settlement. It is not known how long the Court will take to make its decision. In addition, the Hearing may be continued at any time by the Court without further notice to you. If the Court does not approve the settlement, or if it approves the settlement and the approval is reversed on appeal, or if the settlement does not become final for some other reason, you will not be paid at this time and the case will continue. The parties may negotiate a different settlement or the case may go to trial.

## CORRECT ADDRESS

Please be sure that your correct address is printed at the top of this Notice to make sure that any payment you are due under the settlement is sent to your correct address.  Unless you contact the Settlement Administrator to update your address, any settlement check sent to you will be sent to this address. You may update your address with the Settlement Administrator by calling toll-free 1-877-564-2266 and leaving your name, current address, and telephone and fax number(s) on the voice mail or by mailing an address update containing your name, current address, and telephone and fax number(s) to the Settlement Administrator at the following address:

**JTP Class Action Settlement Administrator**
**P.O. Box 43034**
**Providence, RI  02940-3034**
**Toll-Free 1-877-564-2266**

**DO NOT ADDRESS QUESTIONS ABOUT THE SETTLEMENT OR**
**THE LAWSUIT TO THE CLERK OF THE COURT OR TO THE JUDGE.**

**DATED: November 12, 2014**         **By order of the Honorable Paul W. Grimm, Judge for the**
                                      **United States District Court for the District of Maryland.**

# Exhibit B

| AccountID | FirstName | LastName | Company |
|---|---|---|---|
| 3455 | | | TYLER COUNTY HOSPITAL |
| 3653 | MELESA | YAGER | PHYSICAL THERAPY & REHAB |
| 6963 | DONNA | SOKOLOWSKI | ABINGTON PHYSICAL THERAPY SVC |
| 12328 | TIMOTHY B | SODER | TIMOTHY B SODER PHYSICAL THRPY |
| 13980 | LINDA J | OWOC | LINDA J OWOC |
| 14381 | GEORGE | MIKS | RED RIVER WOMENS CLINIC |
| 15353 | DONNA | MC CARTHY | DEER LODGE VALLEY THERAPY CLNC |
| 16774 | BETTY JO | HENGELMANN | CREEKSIDE PHYSICAL THERAPY |
| 19733 | LARRY | RICHARDSON | RICHLAND THERAPY SVC LLC |
| 19847 | MINDY | NEWELL | TEAM THERAPY REHAB SVC |
| 20382 | TRACY | BRISCOE | LAWRENCEBURG PHYSICAL THERAPY |
| 20801 | | | CHEYENNE COUNTY HOSPITAL |
| 20860 | | | NESS COUNTY HOSPITAL DISTRICT #2 |
| 21304 | ANNARE | LOUBSER | ANNARES PHYSICAL THERAPY |
| 21381 | ROBIN | MENDELSOHN | |
| 21466 | DAVID | GALLAGHER | |
| 21509 | ROBERT | FORSTE | SOUTERN INDIANA ORTHOPEDICS |
| 21527 | RONALD | BENNETT | SOUTHERN INDIANA ORTHOPEDICS |
| 22457 | GEORGE | VERGHESE | |
| 26659 | JOE | MORTATI | AFTER CARE PHYSICAL THERAPY |
| 28584 | CHUCK | NEAL | FEATHER RIVER REHABILITATION |
| 29844 | FERRIS | NICKEL | |
| 31871 | | | BIRMINGHAM VA MEDICAL CENTER |
| 20658 | JOHN | FERNANDEZ | ACELERA PHYSIOTHERAPY ASSOC |

STATE OF CALIFORNIA      )

                                 ) SS

COUNTY OF MARIN         )

## AFFIDAVIT

I, JEANNE M. CHERNILA, being first duly sworn on oath, states as follows:

1.      I am over the age of 18 years and I am competent to testify.  I have personal knowledge of the facts set forth herein unless indicated to the contrary.  I am employed as a Case Coordinator for KCC, the Claims Administrator in *Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC,* No. 11 CV 2467 (USDC D. Md.) (the "Action").

2.      I was responsible for ensuring the CAFA notice in the Action was sent to the appropriate Federal and State Officials.

3.      On October 31, 2014, I caused a copy of the CAFA Notice Letter in the form of Exhibit 1 to this affidavit to be sent (with appropriate name and address information inserted) to all 57 of the addressees listed on Exhibit 2 to this affidavit, via United States Mail with proper postage affixed thereto.  Enclosed with each letter was a CD containing electronic versions of the following documents or lists:

    a)      Copy of the Complaint in the Action filed 9/1/11 [Dkt. #1]

    b)      Copy of 10/29/14 Order granting Preliminary Approval to Settlement of the Action [Dkt. #106]

    c)      Notice to Settlement Class Members [Dkt. #105-1]

    d)      Class Action Settlement Agreement [Dkt. #105-1]

    e)      Proposed Final Approval Order

    f)      Excel File containing list of Class Members by State

4.      I further caused another copy of the CAFA notice and enclosed CD as described above to be sent via Federal Express to each of the 57 addressees on Exhibit 2.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Jeanne M. Chernila

Subscribed and sworn to before
me this 26th day of December, 2014.

NOTARY PUBLIC

AMANDA KING
COMM. #1925687
NOTARY PUBLIC - CALIFORNIA
MARIN COUNTY
My Comm. Expires Feb. 14, 2015



2300 Cabot Drive │ Suite 455 │ Lisle, IL 60532-4613

WRITER'S DIRECT NUMBER: (630) 955-6392
DIRECT FAX: (630) 955-4271
INTERNET: Bart.Murphy@icemiller.com

October 31, 2014

**VIA U.S. MAIL AND FEDERAL EXPRESS**

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

> **Re:    Class Action Fairness Act ("CAFA") Settlement Notice**
> Kensington Physical Therapy, Inc. vs. Jackson Therapy Partners, LLC
> No. 8:11-cv-02467

Dear «First» «Last»:

ICE MILLER LLP represents Jackson Therapy Partners, LLC ("Defendant") in a putative class action lawsuit entitled *Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC*, Case No. 8:11-cv-02467.  The lawsuit is pending before the Honorable Paul W. Grimm in the United States District Court for the District of Maryland.  This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on October 21, 2014.  The Complaint alleges a claim against Defendant for violation of the Telephone Consumer Protection Act (47 U.S.C. § 227) for sending alleged unsolicited fax ads.

|  |  |
|---|---|
| **Case Name:** | *Kensington Physical Therapy, Inc. v. Jackson Therapy Partners, LLC* |
| **Case Number:** | 8:11-cv-02467 |
| **Jurisdiction:** | United States District Court, District of Maryland |
| **Date Settlement Filed with Court:** | October 21, 2014 |

Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:



«First» «Last»
October 31, 2014
Page 2

1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint* (with accompanying Exhibits), is included on the enclosed CD Rom.

2.    **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** A Final Approval Hearing pursuant to Fed. R. Civ. P. 23(e) is scheduled for February 12, 2015 at 1:00 PM. A copy of the Order Preliminarily Approving Stipulation of Settlement, Conditionally Certifying Class, and Entering Schedule is included on the enclosed CD Rom.

3.    **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the *Notice of Class Action and Proposed Settlement* to be provided to the class is included on the enclosed CD Rom.

4.    **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Stipulation of Class Action Settlement* (with accompanying Exhibits) is included on the enclosed CD Rom.

5.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of October 31, 2014, no other settlement or agreement has been entered into by the parties to this Action.

6.    **28 U.S.C. § 1715(b)(6) – Final Judgmen**t: No Final Judgment has been reached as of October 31, 2014, nor have any Notices of Dismissal been granted at this time. A copy of the draft *Final Order and Judgment Approving Stipulation of Settlement and Certifying Class* is included on the enclosed CD Rom.

7.    **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), the known Class Member List, providing business and individual names as well as States of residence, is included on the enclosed CD Rom. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 32,635 individual entities in the class.

8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.



«First» «Last»
October 31, 2014
Page 3


       If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please do not hesitate to contact:

       Bart T. Murphy
       Ice Miller, LLP
       2300 Cabot Dr., Suite 455
       Lisle, Illinois 60532
       (630) 955-6392
       (630) 955-4271 (fax)
       Bart.Murphy@icemiller.com


                  Respectfully submitted,


                  By: _____
                      Bart T. Murphy, Esq.


**Enclosure – CD Rom**

# Exhibit 2

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Suthers | John | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Holder, Jr. | Eric H. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Biden III | Joseph R. | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| Dewine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Swallow | John | Utah Office of the Attorney General | State Capitol, Room 236 | 305 N State St | Salt Lake City | UT | 84114-0810 |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Lutu | Afoa Leulumoega | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Rapadas | Leonardo M | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 |
| San Nicolas | Joey Patrick | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902-0192 |
| Frazer | Vincent | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Murphy | Bart | Ice Miller LLP | 2300 Cabot Drive | Suite 455 | Lisle | IL | 60532 |
| Broderick | Edward A. | Broderick Law, P.C. | 125 Summer St. | Suite 1030 | Boston | MA | 02110 |
| McCue | Matthew P. | The Law Office of Matthew P. McCue | 1 South Ave | Third Floor | Natick | MA | 01760 |
| Ring | Stephen H. | The Law Office of Stephen H. Ring, P.C. | 9901 Belward Campus Drive | Suite 175 | Rockville | MD | 20850 |