**EXHIBIT A – LIST OF OPT OUTS**

| AccountID | FirstName | LastName | Company |
|---|---|---|---|
| 3455 | | | TYLER COUNTY HOSPITAL |
| 3653 | MELESA | YAGER | PHYSICAL THERAPY & REHAB |
| 6963 | DONNA | SOKOLOWSKI | ABINGTON PHYSICAL THERAPY SVC |
| 12328 | TIMOTHY B | SODER | TIMOTHY B SODER PHYSICAL THRPY |
| 13980 | LINDA J | OWOC | LINDA J OWOC |
| 14381 | GEORGE | MIKS | RED RIVER WOMENS CLINIC |
| 15353 | DONNA | MC CARTHY | DEER LODGE VALLEY THERAPY CLNC |
| 16774 | BETTY JO | HENGELMANN | CREEKSIDE PHYSICAL THERAPY |
| 19733 | LARRY | RICHARDSON | RICHLAND THERAPY SVC LLC |
| 19847 | MINDY | NEWELL | TEAM THERAPY REHAB SVC |
| 20382 | TRACY | BRISCOE | LAWRENCEBURG PHYSICAL THERAPY |
| 20801 | | | CHEYENNE COUNTY HOSPITAL |
| 20860 | | | NESS COUNTY HOSPITAL DISTRICT #2 |
| 21304 | ANNARE | LOUBSER | ANNARES PHYSICAL THERAPY |
| 21381 | ROBIN | MENDELSOHN | |
| 21466 | DAVID | GALLAGHER | |
| 21509 | ROBERT | FORSTE | SOUTERN INDIANA ORTHOPEDICS |
| 21527 | RONALD | BENNETT | SOUTHERN INDIANA ORTHOPEDICS |
| 22457 | GEORGE | VERGHESE | |
| 26659 | JOE | MORTATI | AFTER CARE PHYSICAL THERAPY |
| 28584 | CHUCK | NEAL | FEATHER RIVER REHABILITATION |
| 29844 | FERRIS | NICKEL | |
| 31871 | | | BIRMINGHAM VA MEDICAL CENTER |
| 20658 | JOHN | FERNANDEZ | ACELERA PHYSIOTHERAPY ASSOC |